AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY 17 2018

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maria NAVARRETE-De Grubich (YOB: 1964, COB: Mexico) | ) ) ) ) | Case No. M-18-1053-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) | Alien Smuggling |
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Knowing or in reckless disregard of the fact that Edgar SANCHEZ (COB: Belize), Paola Julissa URBINA-Pena (COB: Belize) and fourty-nine (49) others, for a total of fifty-one (51), who were aliens, who had come to, entered or remains in the United States in violation of law, conceals, harbors, or shields from detection or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation; to wit: harboring and conspiracy to harboring in Mission, Texas. |

This criminal complaint is based on these facts:

SEE "ATTACHMENT A"

✓ Continued on the attached sheet.

*Complainant's signature*

Brian Yontz, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.   5/17/18

Date: 5/17/2018   8:19 am

*Judge's signature*

City and state: __McAllen, Texas__   Peter E. Ormbsy, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, Brian Yontz, am a Task Force Officer (TFO) assigned to the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On May 15, 2018, at approximately 5:30 p.m. Homeland Security Investigations Special Agents (SAs) and Task Force Officers (TFOs) were conducting surveillance at a residence (location #1) in Mission, Texas. During surveillance, HSI McAllen observed a red Ford F-150 parked at location #1. Maria NAVARRETE-De Grubich was near the bed of the truck and unloaded groceries from the red F-150. HSI McAllen noted several five-gallon size water jugs in the bed of the truck. NAVARRETE-De Grubich got into the red F-150 and exit the property.

2. NAVARRETE-De Grubich drove to a residence (location #2) located in Mission, Texas. Agents observed the NAVARRETE-De Grubich back up to the front door of location #2 and unload the groceries bags and water jugs.

3. Later, NAVARRETE-De Grubich went back to location #1, where HSI McAllen, Hidalgo County Sheriff's Office (HCSO), and U.S. Border Patrol USBP took NAVARRETE-De Grubich and four undocumented aliens (UDAs) into custody.

4. HSI McAllen, HCSO and USBP returned to location #2 to investigate their previous observations. Shortly after HSI McAllen and HCSO were at location #2, several persons exited the residence and began fleeing from the property on foot. HSI McAllen, HCSO and USBP apprehended forty-seven (47) UDAs from location #2.

5. All subjects from both location #1 and location #2 were transported to the McAllen Border Patrol Station for interview and processing.

6. At the McAllen Border Patrol Station, HSI TFO Rolando Nino presented NAVARRETE-De Grubich with her Miranda Rights which she read in her preferred language of Spanish, witnessed by HSI TFO Brian Yontz. NAVARRETE-De Grubich waived her rights in writing and consented to speak with agents without an attorney present.

7. Post Miranda, NAVARRETE-De Grubich gave the following non-verbatim statements:

8. NAVARRETE-De Grubich told agents that she knew the persons at location #2 were UDAs and admitted to harboring them. NAVARRETE-De Grubich stated that she fed and gave water to the UDAs and was to be paid $200.00 United States Dollars per UDA for her work.

9. At the McAllen Border Patrol Station, HSI TFO Gerardo Ramirez read Edgar SANCHEZ, material witness, his Miranda Rights in his preferred language of

Spanish, witnessed by HSI TFO Jaime A. Perez. SANCHEZ waived his rights in writing and consented to speak with agents without an attorney present.

10. Post Miranda, SANCHEZ gave the following non-verbatim statement:

11. SANCHEZ admitted to being in the United States illegally and that he is a citizen of Belize. SANCHEZ stated that he entered the U.S. on or about May 13, 2018, with his common law wife, daughter, sister-in-law and father-in-law. SANCHEZ claimed that upon crossing the Rio Grande River, they walked through the brush and were picked up by an unknown male driver. SANCHEZ claimed that soon thereafter a male driver transported them to the stash house, location #2, that was occupied with over forty (40) other UDAs. SANCHEZ stated that the following day, NAVARRETE-De Grubich approached him and told him that she was going to relocate his wife, daughter and him to a second stash house, location #1, after SANCHEZ's daughter complained of feeling ill. SANCHEZ stated that NAVARRETE-De Grubich transported them in a red Ford pickup truck.

12. SANCHEZ stated that the second stash house, location #1, was where SANCHEZ was arrested yesterday by agents. SANCHEZ stated that the NAVARRETE-De Grubich served as the primary caretaker of both stash houses. He went on to state that NAVARRETE-De Grubich would purchase food and water for them and deliver it to the stash houses.

13. SANCHEZ positively identified NAVARETTE-De Grubich as the female care taker that transported him and his family from one stash house to a second stash house. SANCHEZ also stated the NAVARRETE-De Grubich would purchase food and water for him and his family.

14. At the McAllen Border Patrol Station, HSI TFO Carl Kailipaka read Paola Julissa URBINA-Pena, material witness, her Miranda Rights in her preferred language of English, witnessed by HSI TFO Jaime A. Perez. URBINA-Pena waived her rights in writing and consented to speak with agents without an attorney present.

15. Post Miranda, URBINA-Pena gave the following non-verbatim statement:

16. URBINA-Pena admitted that she was a citizen and national of the country of Belize and that she was illegally present in the United States. Furthermore, she stated that she and her family made arrangements to pay $3,000.00 USD to be smuggled into the United States with an unknown alien smuggler. She stated that she entered illegally into the United Sates on or about May 13, 2018 and was transported to location #2. Furthermore, she stated that twice a day, NAVARRETE-De Grubich would bring water and food.

17. URBINA-Pena positively identified NAVARETTE-De Grubich as the subject who was bringing them provisions daily.